UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 0:21-cv-60502-MGC

TERENCE BAGBY,

    Plaintiff,

v.

BENUCK & RAINEY, INC.,

    Defendant.
_____/

### MOTION FOR EXTENSION OF TIME
### TO COMPLY WITH COURT PRACTICES AND PROCEDURES

Plaintiff Terence Bagby ("Plaintiff") files this Motion with respect to the Order of Referral and Order Regarding Court Practices and Procedures [D.E. 4] (the "Court Practices and Procedures") issued by the Court on March 10, 2021.

1. Currently, the deadline for Plaintiff to file a statement of claim in compliance with the Court Practices and Procedures [D.E. 4] is March 31, 2021.

2. Due to an unexpected injury suffered by Plaintiff's counsel along with the difficulties associated with working remotely, Plaintiff requires an additional seven (7) days to formulate their response thereto.

3. The additional time sought is not for purposes of delay. Further, the additional time sought will not have any prejudicial impact on Defendant.

WHEREFORE, Plaintiff, respectfully, requests this Court grant Plaintiff an extension through and including April 7, 2021, to comply with the Court Practices and Procedures [D.E. 4].

LAW OFFICES OF JIBRAEL S. HINDI, PLLC
110 SE 6th Street, 17th Floor | Ft. Lauderdale, Florida 33301 | Phone (954) 907-1136 | Fax (855) 529-9540
www.JibraelLaw.com

**Certificate of Compliance with Local Rule 7.1**

Undersigned counsel for Plaintiff was unable to confer with counsel for Defendant, as counsel for Defendant has yet to appear.

DATED: March 31, 2021

Respectfully Submitted,

 /s/ Thomas Patti
**THOMAS J. PATTI, ESQ.**
Florida Bar No.: 118377
E-mail:    tom@jibraellaw.com
The Law Offices of Jibrael S. Hindi
110 SE 6th Street, Suite 1744
Fort Lauderdale, Florida 33301
Phone:     954-907-1136
Fax:         855-529-9540

*COUNSEL FOR PLAINTIFF*

## CERTIFICATE OF SERVICE

The undersigned certifies that on March 31, 2021, the forgoing was electronically filed via the Court's CM/ECF system on all counsel of record.

Respectfully Submitted,

 /s/ Thomas J. Patti
**THOMAS J. PATTI, ESQ.**
Florida Bar No.: 118377

PAGE | **2** of **2**

LAW OFFICES OF JIBRAEL S. HINDI, PLLC
110 SE 6th Street, 17th Floor | Ft. Lauderdale, Florida 33301 | Phone (954) 907-1136 | Fax (855) 529-9540
www.JibraelLaw.com